UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____

)
MICHAEL P. DONOVAN, as he is ADMINISTRATOR,     )
LOCAL 103, I.B.E.W. HEALTH BENEFIT PLAN;         )
ELECTRICAL WORKERS' PENSION FUND, LOCAL 103,     )
I.B.E.W.; ELECTRICAL WORKERS' DEFERRED INCOME    )
FUND, LOCAL 103, I.B.E.W.; JOINT APPRENTICESHIP  )
AND TRAINING FUND; and LAWRENCE J. BRADLEY,      )
as he is EXECUTIVE SECRETARY-TREASURER,          )
NATIONAL ELECTRICAL BENEFIT FUND,                )
              Plaintiffs,      )
                             )
            v.              )
                             )
JAMES R. BOUTIN LICENSED ELECTRICIAN, L.L.C. d/b/a  )
JRB ELECTRIC,                                    )
              Defendant, and   )
                             )
TD BANK,                                         )
              Trustee Process Defendant  )
_____)

CIVIL ACTION
NO. 1:21-cv-10922-
LTS

## **JUDGMENT**

     Defendant James R. Boutin Licensed Electrician, L.L.C. d/b/a JRB Electric (hereinafter

"Defendant") having failed to plead or otherwise defend this action, and upon Plaintiffs' motion,

memorandum in support, and affidavits demonstrating that Defendant owes Plaintiffs the sum of

$99,212.94, that the Defendant is not an infant or incompetent person or in the military service of

the United States, and that Plaintiffs have incurred fees and costs of $3,657.91 (included within

the figure of $99,212.94),

     It is hereby ORDERED, ADJUDGED, AND DECREED that the Plaintiffs recovery from

the Defendant principal benefit contributions of $80,689.40, interest on unpaid contributions of

$790.76, past-due interest on late-paid contributions of $8,028.13, working dues and holiday and

vacation amounts deducted from employees' wages of $5,255.98, attorney's fees and costs of

$3,657.91, and statutory liquidated damages of $790.76 for a total judgment of $99,212.94, with interest as provided by law.

   /s/ Samantha Dore
_____
Deputy Clerk

Dated:  10/28/2021

Note:  The post judgment interest rate effective this date is 0.11%